| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gregory M. Shanfeld 173828<br>15233 Ventura Blvd., Suite 1000<br>Sherman Oaks, CA 91403<br>(818) 784-0500 Fax: (818) 784-0508<br>173828 CA<br>greg@wslaw.com | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| In re:<br><br>**Kelly Lynn Frazier**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **13** |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 8/12/2020    Kelly Lynn Frazier    *[signature]*
                   Printed name of Debtor 1    Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 1                          F 1002-1.EMP.INCOME.DEC

# JUSTWORKS.

Pay date: 07/24/2020   Voucher ID: 046B3DF9-C109-4392-90D8-D94E0BF63BDA

Justworks Employment Group LLC 46-2283648   Employee ID: A1E09926-55F9-4785-A711-168C02CE2F14
PEO for Moonbug Entertainment USA Inc
742 N Cahuenga
Los Angeles, CA 90038
(323) 374-3596

| PAY PERIOD START | PAY PERIOD END |
|---|---|
| 07/05/2020 | 07/18/2020 |

Office: Los Angeles, CA

| Kelly Frazier<br>12629 Riverside Drive<br>#224<br>Valley Village, CA 91607 | Department: Production<br>Pay Rates: $85000.00/year | TIME OFF BALANCE<br>Vacation       Unlimited<br>Sick Leave     2.81 days |
|---|---|---|

## PAYMENT SUMMARY

| | |
|---|---:|
| Gross earnings | 3296.83 |
| Taxes and deductions | -1117.29 |
| Net pay: | 2179.54 |
| **Direct deposit to** KINECTA FEDERAL CREDIT UNION XXXXXXXXXX5759 | 2179.54 |

## GROSS EARNINGS

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| Life Insurance | 27.60 | 82.80 |
| Salary | 3269.23 | 46749.99 |
| Supplemental pay: Retroactive | 0.00 | 13000.00 |
| TOTAL | 3296.83 | 59832.79 |

## TAXES WITHHELD

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| California State Disability Insurance | 32.42 | 593.69 |
| California Income Tax | 183.93 | 3389.97 |
| Medicare | 47.42 | 862.19 |
| Social Security | 202.74 | 3686.36 |
| Federal Income Tax | 497.51 | 9792.88 |
| TOTAL | 964.02 | 18325.09 |

## PRE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| 401(k) deferral | 98.90 | 1964.02 |
| Dental | 1.67 | 23.38 |
| Medical | 24.70 | 345.80 |
| Vision | 0.40 | 5.53 |
| TOTAL | 125.67 | 2338.73 |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| Life Insurance (paid in kind) | 27.60 | 82.80 |
| TOTAL | 27.60 | 82.80 |

# JUSTWORKS.

Justworks Employment Group LLC 46-2283648
PEO for Moonbug Entertainment USA Inc
742 N Cahuenga
Los Angeles, CA 90038
(323) 374-3596

Pay date: 07/10/2020    Voucher ID: 87342B4F-F22F-4142-8D19-8D9BCCFBEF2C
Employee ID: A1E09926-55F9-4785-A711-168C02CE2F14

| PAY PERIOD START | PAY PERIOD END |
|---|---|
| 06/21/2020 | 07/04/2020 |

Office: Los Angeles, CA

Kelly Frazier
12629 Riverside Drive
#224
Valley Village, CA 91607

Department: Production
Pay Rates: $85000.00/year

**TIME OFF BALANCE**

| Vacation | Unlimited |
| Sick Leave | 2.61 days |

## PAYMENT SUMMARY

| | |
|---|---:|
| Gross earnings | 3269.23 |
| Taxes and deductions | −1087.02 |
| Net pay: | 2182.21 |
| **Direct deposit to** KINECTA FEDERAL CREDIT UNION XXXXXXXXXX5759 | 2182.21 |

### GROSS EARNINGS

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| Life Insurance | 0.00 | 55.20 |
| Salary | 3269.23 | 43480.76 |
| Supplemental pay: Retroactive | 0.00 | 13000.00 |
| TOTAL | 3269.23 | 56535.96 |

### TAXES WITHHELD

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| California State Disability Insurance | 32.42 | 561.27 |
| California Income Tax | 184.02 | 3206.04 |
| Medicare | 47.02 | 814.77 |
| Social Security | 201.03 | 3483.62 |
| Federal Income Tax | 497.69 | 9295.37 |
| TOTAL | 962.18 | 17361.07 |

### PRE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| 401(k) deferral | 98.08 | 1865.12 |
| Dental | 1.67 | 21.71 |
| Medical | 24.70 | 321.10 |
| Vision | 0.39 | 5.13 |
| TOTAL | 124.84 | 2213.06 |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| Life Insurance (paid in kind) | 0.00 | 55.20 |
| TOTAL | 0.00 | 55.20 |

Justworks Employment Group LLC • 130 7th Avenue, Box #249 • New York, NY 10011

**JUSTWORKS.**

Pay date: 06/26/2020    Voucher ID: 92E26AD8-6DD2-4B5B-8A06-DCF8F471CBD7

Justworks Employment Group LLC 46-2283648
PEO for Moonbug Entertainment USA Inc
742 N Cahuenga
Los Angeles, CA 90038
(323) 374-3596

Employee ID: A1E09926-55F9-4785-A711-168C02CE2F14

| PAY PERIOD START | PAY PERIOD END |
|---|---|
| 06/07/2020 | 06/20/2020 |

Office: **Los Angeles, CA**

Kelly Frazier
12629 Riverside Drive
#224
Valley Village, CA 91607

Department: **Production**
Pay Rates: **$85000.00/year**

**TIME OFF BALANCE**

| Vacation | Unlimited |
| Sick Leave | 2.43 days |

## PAYMENT SUMMARY

| Gross earnings | 3296.83 |
| Taxes and deductions | -1117.29 |
| Net pay: | 2179.54 |

**Direct deposit to** KINECTA FEDERAL CREDIT UNION XXXXXXXXXX5759    2179.54

### GROSS EARNINGS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Life Insurance | 27.60 | 55.20 |
| Salary | 3269.23 | 40211.53 |
| Supplemental pay: Retroactive | 0.00 | 13000.00 |
| TOTAL | 3296.83 | 53266.73 |

### TAXES WITHHELD

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| California State Disability Insurance | 32.42 | 528.85 |
| California Income Tax | 183.93 | 3022.02 |
| Medicare | 47.42 | 767.75 |
| Social Security | 202.74 | 3282.59 |
| Federal Income Tax | 497.51 | 8797.68 |
| TOTAL | 964.02 | 16398.89 |

### PRE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| 401(k) deferral | 98.90 | 1767.04 |
| Dental | 1.67 | 20.04 |
| Medical | 24.70 | 296.40 |
| Vision | 0.40 | 4.74 |
| TOTAL | 125.67 | 2088.22 |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Life Insurance (paid in kind) | 27.60 | 55.20 |
| TOTAL | 27.60 | 55.20 |

Justworks Employment Group LLC • 130 7th Avenue, Box #249 • New York, NY 10011

# JUSTWORKS.

Pay date: 06/12/2020    Voucher ID: 638A6FF4-E9D7-4B8D-8A6E-B984AECAAAF8

Justworks Employment Group LLC 46-2283648
PEO for Moonbug Entertainment USA Inc
742 N Cahuenga
Los Angeles, CA 90038
(323) 374-3596

Employee ID: A1E09926-55F9-4785-A711-168C02CE2F14

| PAY PERIOD START | PAY PERIOD END |
|---|---|
| 05/24/2020 | 06/06/2020 |

Office: Los Angeles, CA

Kelly Frazier
12629 Riverside Drive
#224
Valley Village, CA 91607

Department: Production
Pay Rates: $85000.00/year

**TIME OFF BALANCE**
| | |
|---|---|
| Vacation | Unlimited |
| Sick Leave | 2.23 days |

## PAYMENT SUMMARY

| | |
|---|---:|
| Gross earnings | 3269.23 |
| Taxes and deductions | -1087.02 |
| Net pay: | 2182.21 |
| Direct deposit to KINECTA FEDERAL CREDIT UNION XXXXXXXXXX5759 | 2182.21 |

### GROSS EARNINGS

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| Life Insurance | 0.00 | 27.60 |
| Salary | 3269.23 | 36942.30 |
| Supplemental pay: Retroactive | 0.00 | 13000.00 |
| TOTAL | 3269.23 | 49969.90 |

### TAXES WITHHELD

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| California State Disability Insurance | 32.42 | 496.43 |
| California Income Tax | 184.02 | 2838.09 |
| Medicare | 47.02 | 720.33 |
| Social Security | 201.03 | 3079.85 |
| Federal Income Tax | 497.69 | 8300.17 |
| TOTAL | 962.18 | 15434.87 |

### PRE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| 401(k) deferral | 98.08 | 1668.14 |
| Dental | 1.67 | 18.37 |
| Medical | 24.70 | 271.70 |
| Vision | 0.39 | 4.34 |
| TOTAL | 124.84 | 1962.55 |

### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---:|---:|
| Life Insurance (paid in kind) | 0.00 | 27.60 |
| TOTAL | 0.00 | 27.60 |

Justworks Employment Group LLC • 130 7th Avenue, Box #249 • New York, NY 10011